Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

AUGUST 26, 2003
BRUCE RIFKIN, Clerk
By _____ Deputy

Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BALJINDER SINGH BHATTI, <br><br> Defendant. | CR03-301JLR <br><br> SUPERSEDING INDICTMENT |

The Grand Jury charges that:

## COUNT 1

Beginning at an unknown date, but within the last five (5) years, and continuing through on or about July 8, 2003, within the Western District of Washington and elsewhere, BALJINDER SINGH BHATTI did knowingly and intentionally conspire with others known and unknown to distribute Marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

//
//
//

03-CR-00301-INDI

SUPERSEDING INDICTMENT/BHATTI
03-0301JLR — 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

## ADDITIONAL ALLEGATIONS

The Grand Jury further alleges that the amount of marijuana involved in the conspiracy as charged in Count 1 totaled One Hundred Forty-one (141) kilograms.

A TRUE BILL:

DATED: 8/26/04

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
SUSAN HARRISON
Assistant United States Attorney

_____
LISCA BORICHEWSKI
Assistant United States Attorney

SUPERSEDING INDICTMENT/BHATTI
03-0301JLR — 2

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

JULY 16, 2003
BRUCE RIFKIN, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **CR03 0301 R** |
| v. | ) | INDICTMENT |
| BALJINDER SINGH BHATTI, PHUNG HO LAM, and BAO DUC NGUYEN | ) | |
| Defendants. | ) | |

The Grand Jury charges that:

Beginning at an unknown date, but within the last five (5) years, and continuing through on or about July 8, 2003, within the Western District of Washington and elsewhere, BALJINDER SINGH BHATTI, PHUNG HO LAM, and BAO DUC NGUYEN knowingly and intentionally did conspire to distribute Marijuana, a Schedule I controlled substance. The complainant alleges that this offense involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of Marijuana.

03-CR-00301-INDI

INDICTMENT/BHATTI, et al. — 1

| | |
|---|---|
| 1 | All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), |
| 2 | and 846. |
| 3 | |
| 4 | A TRUE BILL: |
| 5 | DATED: 7/16/2003 |
| 6 | |
| 7 | *JT Moore* |
| 8 | FOREPERSON |
| 9 | |
| 10 | *[signature]* |
| | JOHN McKAY |
| 11 | United States Attorney |
| 12 | |
| 13 | *[signature]* |
| | SUSAN HARRISON |
| 14 | Assistant United States Attorney |
| 15 | *[signature]* |
| 16 | LISCA BORICHEWSKI |
| | Assistant United States Attorney |
| 17 | WA Bar # 91005 |
| | United States Attorney's Office |
| 18 | 601 Union Street, Suite 5100 |
| | Seattle, WA 98101-3909 |
| 19 | Telephone: (206) 553-2266 |
| | Fax: (206) 553-0755 |
| 20 | E-mail: lisca.borichewski@usdoj.gov |

INDICTMENT/BHATTI, et al. — 2